```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3010 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDI L. STEVENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

As announced from the bench during the defendant's initial appearance on the petition for action on conditions of supervised release,

IT IS ORDERED,

The defendant is released pending her revocation hearing before Senior Judge Urbom on her present conditions of supervised release with the following additional conditions:

1.  The defendant shall continue treatment with Catholic Charities of Columbus, Nebraska as directed by the supervising officer (presently one individual counseling meeting per week with a therapist, and three AA meetings per week).

2.  Defendant shall comply with all directives of the Iowa Department of Health and Human Services and its officers or agents in Pottawattamie County, Iowa.

3.  Defendant shall maintain at least weekly phone reporting to the supervising probation officer.

DATED this 16th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge