```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3010 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDI L. STEVENS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Following a conference with counsel this date,

IT IS ORDERED:

The order releasing the defendant entered previously this date (filing 61) is hereby revoked.

The marshal is directed to immediately take the defendant into custody and keep her in custody until further order.

DATED this 16th day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge