IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| BRANDI STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter comes before the court for a dispositional hearing on the Petition for Warrant or Summons for Offender Under Supervision, filing 54. After a conference with counsel and Probation Officer Williamette Gallagher, the court finds that the dispositional hearing should be continued to a time and date to be set by further order of the court. Additionally, counsel for Ms. Stevens informed the court that the parties did not wish to proceed on the Amended Petition for Offender Under Supervision, filing 66, until such time as the new matters in the Petition have been resolved in the State of Iowa. Counsel for Ms. Stevens then moved to release Ms. Stevens to the Pottawattamie County, IA, detainer once the United States Marshals Service has transported her to the Pottawattamie County Jail in Council Bluffs, IA. The court finds that said motion should be granted with the additional condition that if Ms. Stevens is released on bond for the pending Pottawattamie County, IA, charges, she is to report to Ms. Gallagher's office in Lincoln, NE, within 24 hours of her release from Iowa custody.

      IT IS THEREFORE ORDERED that Ms. Stevens shall be released on the instant case on Thursday, October 23, 2008, to the Pottawattamie County detainer. If Ms. Stevens is released on bond, on the Pottawattamie County, IA, charges, she is to report to Ms. Gallagher's office in Lincoln, NE, within 24 hours. All other conditions of Ms. Stevens supervised release shall remain in full

force and effect. The hearing for the Petition for Warrant or Summons for Offender Under Supervision, filing 54, is continued until further order of the court.

DATED October 16, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge