## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 APR -3  AM II: 55

UNITED STATES OF AMERICA

    Plaintiff,

vs.

BRANDI L. STEVENS,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

4:04 CR 3010 OFFICE OF THE CLERK

DETENTION ORDER

PETITION FOR
ACTION ON CONDITIONS
OF
SUPERVISED RELEASE

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

## IT IS ORDERED,

The above-named defendant shall be detained until further order, because:

    ✓ The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

    ____ The defendant waived the right to a detention hearing and agreed to detention

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:

*Def. failed to appear as ordered.*

## IT HEREBY IS FURTHER ORDERED:

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED: April 3, 2009

BY THE COURT:

s/ David L. Piester

United States Magistrate Judge