IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>BRANDI L. STEVENS, )<br>)<br>    Defendant. )<br>) | 4:04CR3010<br><br>ORDER CONTINUING DISPOSITION<br>HEARING |

At the hearing today the defendant admitted she violated her supervised release in the first five charges that were made in the Amended Petition for Warrant or Summons for Offender Under Supervision. Defense counsel proposed a rehabilitation plan and requested a continuance of disposition in this case for approximately one month to enable the supervising probation officer to study and verify the appropriateness of the plan proposed.

IT IS ORDERED that:

1. the request for a continuance of the disposition hearing is granted;

2. the hearing is continued until June 3, 2009, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, to enable the supervising probation officer to study and verify the appropriateness of the rehabilitation plan; and

3. the defendant shall be present at the hearing.

Dated April 27, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge