IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,              )
                                       )
                    Plaintiff,         )
                                       )
v.                                     )        Case No.  4:04CR3010
                                       )
BRANDI L. STEVENS,                     )
                                       )
                    Defendant.         )

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Review Detention, filing 79.  This Court, being fully advised in the premises, and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that:

1.    the Federal Defender's Office shall notify the United States Marshal of the date and time the defendant is to begin treatment at The Bridge;

2.    the United States Marshal shall release custody of the defendant to the Federal Defender or Ruth Ivey on the date treatment is to begin for transportation directly to The Bridge; and

3.    Ms. Stevens is ordered to immediately report to the United States Probation Office upon her successful or unsuccessful discharge from The Bridge.

All other conditions of Ms. Stevens' supervised release, not inconsistent with this Order, shall remain in effect.

Dated this 20th day of May, 2009.

BY THE COURT:

s/ Warren K. Urbom

The Honorable Warren K. Urbom
United States Senior District Judge