IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:04CR3010 |
| BRANDI L. STEVENS, | ) ) ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 81, now set for June 3, 2009, until a date certain in approximately 90 days. The Court noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 6th day of October, 2009, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated this 28th day of May, 2009.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge