IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>BRANDI L. STEVENS,<br><br>                Defendant. | Case No. 4:04CR3010 |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 83, now set for October 6, 2009, until a date certain in approximately 90 days. The Court notes that the government and the probation office have no objection.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 12th day of January, 2010, at 12:15 p. m. The defendant is ordered to appear at such time.

Dated October 5, 2009.

                                              BY THE COURT

                                              s/ Warren K. Urbom<br>
                                              United States Senior District Judge