IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3010 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDI L. STEVENS, | ) | ORDER DISCHARGING SUPERVISED |
| | ) | RELEASE |
| Defendant. | ) | |
| | ) | |

On September 11, 2008, a Petition for Offender Under Supervision (filing 54) was filed. On September 16, 2008, the defendant appeared in person with her attorney, Michael Hansen, before Magistrate Judge David L. Piester for the initial appearance on the supervised release violations. The United States was represented by Matt Molsen. The Court ordered the defendant released on the same terms and conditions of supervised release with three additional conditions (filing 61). On the same day, September 16, 2008, the Court revoked the defendant's release pending her revocation hearing (filing 62).

On October 15, 2008, an Amended Petition for Offender Under Supervision (filing 66) was filed.

On October 16, 2008, the Court ordered (filing 67) the defendant released on the instant case on October 23, 2008, to the Pottawattamie County, IA, detainer. The defendant was ordered to report to the probation office in Lincoln, Nebraska, within 24 hours if she was released on bond on the Pottawattamie County, IA, charges.

On March 30, 2009, the defendant failed to appear for the revocation hearing scheduled before Senior District Judge Warren K. Urbom and a bench warrant was issued.

On April 3, 2009, the defendant appeared in person with her attorney, Michael Hansen, before Magistrate Judge David L. Piester regarding the failure to appear for the revocation hearing on March 30, 2009. The United States was represented by Bruce Gillan. The government's motion for detention was granted.

On April 27, 2009, the defendant appeared in person with her attorney, Michael Hansen, before Senior District Judge Warren K. Urbom. The United States was represented by Matt Molsen. Upon accepting the defendant's admission of allegations 1 through 5 of the Amended Petition for Offender Under Supervision, the Court found that the defendant did violate the terms and conditions of supervised release. At the request of defendant's counsel, the disposition hearing was continued.

On May 20, 2009, the Court issued an Order (filing 80) granting the defendant's Motion to Review Detention (filing 79) to release the defendant for treatment at The Bridge.

On April 27, 2010, the disposition hearing was held. The United States was represented by Sara Fullerton, and the defendant was present and represented by her attorney, Michael Hansen.

IT IS ORDERED that due to defendant's extraordinary progress, the term of supervised release is ended and no further matter will remain in this case. The defendant's supervised release is discharged.

DATED this 27th day of April, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge